UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
MAY 04 2010

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>GUILLERMO ORTIZ, a/k/a "Memo,"<br><br>Defendants. | CR 10-40047<br><br>**INDICTMENT**<br><br>Conspiracy to Distribute a Controlled Substance<br><br>21 U.S.C. §§ 841(a)(1) and 846 |

The Grand Jury charges:

From on or about 2005, and continuing through the date of this Indictment, in the District of South Dakota and elsewhere, Guillermo Ortiz, a/k/a "Memo" did knowingly and intentionally combine, conspire, confederate, and agree together, with others known and unknown to the Grand Jury, to knowingly and intentionally distribute 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

A TRUE BILL:

_____
Foreperson

BRENDAN V. JOHNSON
UNITED STATES ATTORNEY

By _____