FILED
MAR 08 2011
CLERK

# United States District Court
## District of South Dakota
Office of the Clerk
Room 128, Federal Building
400 S. Phillips Ave.
Sioux Falls, SD 57104-6851

Joseph Haas
Clerk of Court

Telephone
(605) 330-6600

March 8, 2011

NOTICE TO ALL COUNSEL:

Re:   CR10-40047
      USA v. Guillermo Ortiz a/k/a Memo

A Notice of Appeal has been filed in the above case. If you receive electronic notice of filing, you were able to view the notice and related documents through PACER one time, at no cost.

If you are still receiving notice of entry through the U.S. Mail, enclosed is a copy of the notice of appeal and docket sheet.

Information regarding criminal appeals may be found on the website for the Eighth Circuit Court of Appeals at www.ca8.uscourts.gov.

Please be advised that should you wish to supplement the record on appeal, that must be done forthwith to facilitate preparation of the Clerk's Record on appeal by our office. If you have any questions regarding this, please contact our office at the above listed telephone number, or contact the Clerk, U.S. Court of Appeals at (651) 848-1300.