UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION


FILED
APR 11 2011

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>GUILLERMO ORTIZ a/k/a "MEMO"<br>Defendant. | CR10-40047-01<br><br>INDEX | |

| | | Date Filed | Page Numbers |
|---|---|---|---|
| I. | District Court Docket Sheet | --/--/-- | 1-7 |
| II. | Indictment | 05/04/2010 | 8 |
| III. | Judgment and Commitment | 02/23/2011 | 9-14 |
| IV. | Notice of Appeal | 03/08/2011 | 15-17 |

**Also included as part of the Clerk's Record on Appeal:**

Three sealed envelopes containing presentence report.

**Copy of Transcript of:**

Jury Trial Transcript of 11/02/10
Sentencing Transcript of 2/23/11